UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  05-cv-01773-EWN-OES

**PLUM CREEK CELLARS, LTD., a Colorado corporation,**

    Plaintiff,

v.

**DEBEQUE CANYON WINERY, INC., a Colorado corporation,
BENNETT L. PRICE and DAVELYNN PRICE,**

    Defendants.
_____

ORDER
_____

    This matter having come on to be heard upon the parties' Stipulation for Order and for Dismissal with Prejudice, it is hereby

    ORDERED that, per the parties' Stipulation, Defendants shall by December 31, 2005 and thereafter cease use of the name Palisade, or any name confusingly similar to it, with regard to the sale or promotion of wine, or in any way related to the wine industry.

    This is the final Order in this case.  This action is fully resolved and hereby dismissed, with prejudice, each party to pay its own respective fees and costs.

    Dated this 1st day of November, 2005.

                                       BY THE COURT:

                                       /s/ Edward W. Nottingham_____
                                       EDWARD W. NOTTINGHAM
                                       U.S. District Court Judge